Joseph Goodwin – Chief Judge
U.S. District Court WV
P.O. Box 2546
Charleston, WV 25329

FILED
JUL 24 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

RECEIVED
JUL 20 2012
U.S. MAGIS... JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON, WV 25301

Ref: Denial of religious accommodation & unfair and ineffective grievance procedure

5:12-3620

Dear Staff,

I am being denied accommodation to my legitimate religious needs. On 3-7-2012 I submitted to Chaplain Largent a (BP-S822.53) "New or Unfamiliar Religious Components Questionnaire" form showcasing the introduction of "New Age Druidry" in accord with my religious faith base practice. After an reasonable amount of time with no response forthcoming I file Informal Resolution on 5-1-2012 (see Exhibit 1.B). Chaplain Largent responds on 5-3-2012 with,"The request is being processed and will be completed before 120 days." (see Exhibit 1.C). On 5-9-2012 I file formal (BP-9) for Administrative Remedy which thoroughly addresses the issues (see Exhibit 1.D). After an reasonable amount of time without being given "Notice of Receipt" I send a "Inmate Request to staff" form on 6-7-2012 to Mrs. Seafus (remedy coordinator) asking for a "notice of receipt" for the formal (BP-9) of 5-9-2012, to which she responds on 6-14-"that no receipts are pending in the system" (see Exhibit 1.E). In a conference call conversation with Mrs. Seafus on 6-14-2012 in the office of Mr. Grimes (unit counselor) I was told that my (BP-9) had been "VOIDED" which is why I didn't receive "notice of receipt" and that the (BP-9) Administrative Remedy was not the correct Avenue to address "being denied accommodation to my legitimate religious needs" and that I needed to talk to Chaplain Largent to be provided the religious items that I specifically requested in my (BP-S822.53) form which showcased the introduction of "New Age Druidry". On that same day of 6-14-2012 I go talk with Chaplain Largent and he said that my (BP-S822.53) request was denied because (according to him) my religious needs can be accommodated through the wiccan group. In accordance with the aforementioned staff directives I submitted to Chaplain Largent on 6-17-2012 an "Inmate Request to Staff" form requesting the specific items (as found in BP-S822.53) so as to be accommodated through the wiccan program (see Exhibit 2). At which point Chaplain Largent said he could accommodate an additional time slot and for me to submit additional information and picture of sacred pipe I did submit a 6pg. report on the sacred pipe on the following day of 6-18-2012. Additionally I proceeded to the next level to a (BP-10) after my previous (BP-9) was erroneously "VOIDED" and that I have not received a "Notice of Receipt" or "Notice of Rejection" from the Regional Remedy Coordinator either and I sent the (BP-10) out on 6-18-2012 (see Exhibit 1.A). On 6-20-2012 I was given an official response from the warden's office dated 5-21-2012 signed by Mrs. Mosley (Assoc. Warden) which stated," Your request will be accommodated through participation with the wiccan program or as an individual practioner"(see Exhibit 3). On 6-25-2012 I again talk with Chaplain Largent in regards to my request submitted to him on 6-17-2012 at which point he states that he needs to get approval from region and central offices and I inform him that the response from the warden's office had already approved my request and that I will be accommodated through the wiccan program or as an individual practioner. In addition after I talked to Chaplain Largent on 6-25-2012, he then retaliates against me and the entire wiccan group by searching the wiccan locker on 6-26-2012 and confiscates the group's "Book Of Shadows" and a 9ft. cord while leaving the rest of the locker's contents in severe disarray. Confiscation of the group's "Book Of Shadows" hindered and interfered with our group's religious service on 6-29-2012, which I'm sure was intentionally withheld for that reason. On 6-27-2012 I submit another Informal Resolution that I continue to be denied accommodation to my legitimate religious needs (see Exhibit 4). Chaplain Largent responds on 7-8-2012 that my "request for a new religion was denied. If he desires to add a new component to the wiccan program he must submit a new religious component for the wiccan program"(see Exhibit 4.A). However, the actions of chaplain Largent are clearly in violation to the official response issued from the warden's office which plainly states,"that I WILL be accommodated through the wiccan program (or as an individual practioner). Therefore, I continue to be denied accommodation to my legitimate religious needs as there is a "Substantial Burden" being placed upon me which significantly inhibits and constrains conduct or expression that manifests the central tenets of my indivdual

religious beliefs, this intentionally curtails my ability to express my adherence to my faith, and denies me opportunities to engage in activities that are fundamental to my faith base practice i.e(denying me use of requested items specifically apporoved by the warden's office). Denying the adherents of one religion a basic feature of their religion while granting the same feature to the adherents of another religion is a violation of the "Equal Protection Clause" of the 14th amendment e.g.(Sacred Pipe and Nicotiana Tobacum). The religion clauses of the 1st amendment provide:"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof".
The exercise of religion often involves not only belief and profession but the performance of physical acts, such as, assembling with others for a worship service or participating in the sacramental use of bread and wine (or as in this case the "Divine Union of the God and Goddess in Sacred Marriage by way of the Sacred Pipe Ceremony and consummation ritual by way of Nicotiana Tobacum smoked through the Sacred Pipe). In the prison system the government exerts a degree of control unparalelled in civilian society which is severely disabling to private or corporate worship and religious exercise. This places the institutional residents' right to practice their faith at the mercy of those charged with running the institution. The passage of the "Religious Freedom Restoration Act"(RFRA) 42USC§2000bb thus protects institutionalized persons who are unable to freely attend to their religious needs and are therefore dependent upon the government's permission and accommodation for exercise of their religion.
42USC§2000bb(c) JUDICIAL RELIEF: A person whose religious exercise has been burdened in violation of this section may assert that violation as a claim and obtain appropriate relief against government.
The grievance procedure here at FCI-Beckley is no longer in compliance with the minimum standards and it no longer is fair and effective. As stated above my 1st grievance was "VOIDED", however, policy does not provide for any grievance to be "VOIDED", it is either accepted or rejected, then "Notice of receipt" or "Notice of rejection" is to be given to the inmate. Therefore, FCI-Beckley's grievance procedure as practiced is not in compliance with BOP-policy statements or code of federal regulation. As such under 28CFR§40.18 "SUSPENSION OF CERTIFICATION"- which states: If the Attorney General has reasonable grounds to believe that the grievance procedure does not comply with minimum standards or no longer fair or effective the Attorney General shall suspend certification of grievance porcedure. And the suspension shall continue until the deficiency is corrected, at which point certification shall be reinstated.
Wherefore, it is respectfully requested an immediate inquiry and investigation be conducted into to examine such violations of fundamental policies, rules, regulations, and laws. And this institution be to allow me to practice my beliefs in accordance with "New Age Druidry".

OATH AND ATTESTATION

I, CARROL OWENS, DO HEREBY DECLARE THAT THE ABOVE AND FOREMENTIONED COMPLAINT LABELED "DENIAL OF RELIGIOUS ACCOMMODATION & UNFAIR AND INEFFECTIVE GRIEVANCE PROCEDURE" IS TRUE AND CORRECT UNDER PENALTY OF PERJURY 28USC§1746.

EXECUTED THIS 12th DAY OF JULY, 2012.

S/ Carrol L. Owens

CARROL OWENS #22215-058
FCI-BECKLEY, P.O. BOX 350
BEAVER, WV 25813

**(see Attached Exhibits:

*1.A-2pgs.
*1.B
*1.C
*1.D
*1.E
*2
*3
*4
*4.A

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be with this appeal.

From: CARROL OWENS (LAST NAME, FIRST, MIDDLE INITIAL) 22215-058 (REG. NO.) Pine B L (UNIT) FCI-Beckley (INSTITUTION)

**Part A—REASON FOR APPEAL** I am being denied accomadation to my legitimate religious needs. On 4-30-2012 I submitted "Inmate Request to staff" as informal resolution to Mr. Grimes (see Exhibit A). On 5-1-2012 Mr. Grimes submitted typed informal resolution to Mr. Largent (chaplain) (see Exhibit B). On 5-3-2012 Chaplain Largent responded to informal resolution (see Exhibit C). On 5-7-2012 Mr. Grimes issued to me (BP-9) to appeal the chaplain's response as attempt at informal resolution was unsuccessful (see top of Exhibit D). On 5-9-2012 I submitted completed (BP-9) to Mr. Grimes to which he attached the unsuccessful resolution form (see Exhibit B) and then submitted (BP-9) package to remedy clerk for filing (see again Exhibit D). However, on 6-7-2012 I submit "Inmate request to staff" to Mrs. Seafus (remedy coordinator) requesting a copy of receipt of (BP-9) to which she responds on 6-14-2012 that no receipts are forthcoming (see Exhibit E). On the same day of 6-14-2012 I had a conference call conversation with Mrs. Seafus and her clerk in the office of Mr. Grimes, at which point Mrs. Seafus tells me that the (BP-9) has been "VOIDED". I then request that I receive (response, denial, or rejection notice) in writing, to which she responds again that the (BP-9) has been "VOIDED" and that the (BP-9) is not the correct avenue to address "denial of accomadation of legitimate religious needs", and that I needed to talk to Chaplain Largent to be provided the religious items I had requested in my (BP-S822.053)"New religious components questionaire" showcasing the introduction of "NEW AGE DRUIDRY". I talked to chaplain Largent on same day of 6-14-2012 and he said.....cont.pg.2

6-18-2012 (DATE) By: Carrol Owens (SIGNATURE OF REQUESTER)

**Part B—RESPONSE**

* Talked to Mrs. [illegible] ... [illegible]

DATE REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE CASE NUMBER: ______

**Part C—RECEIPT** CASE NUMBER: ______

Return to: LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT:

DATE SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN Previous editions not usable BP-230(13) APRIL 1982

CARROL OWENS 22215-058 Pine B L FCI-Beckley
BP-10 continued from pg.1............

that (they) were supposed to have given me a response to my (BP-9), I then ask him the disposition of my (BP-S822.053)"New Religious Components Questionaire" form showcasing the introduction of "New Age Druidry", to which he responds that it was denied because (according to him) my religious needs can be accomodated in the Wiccan group. I then requested something in writing stating these assumed facts, to which he responds that "WE" would discuss it later as he was leaving for the day. As one can deduce from the aforementioned facts, I am being denied process of my (BP-S822.053), I am being denied Administrative remedy process (as there is no such thing as "VOID") either it is accepted or it is rejected and I am to be given a receipt and notice (I received neither) and I am clearly being denied accomodation to my legitimate religious needs. This amounts to discrimination because the Native Americans, Asatru, or Santeria are not being made to worship with the Wiccans and they all share similiar beliefs.

REMEDY:
- Instruct FCI-Beckley to process my remedy.
- Investigate the discrimination against me for simply trying to exercise my protected right to freedom of religion.
- Allow "New Age Druidry" group to be established and religious practices to be conducted at FCI-Beckley since it is clearly a recognized religious belief system.
- Instruct staff at FCI-Beckley to not retaliate against me for filing this (BP-10).
- In the alternative Regional Office has the authority to accept this (BP-10) and remedy these issues in accordance with policy and CFR.

I CARROL OWENS do hereby declare that the aforementioned facts are true and correct to the best of my knowledge and under penalty of perjury under 28§1746.

Executed this 18th day of JUNE 2012.

S/ By: Carrol Owens
CARROL OWENS #22215-058
FCI-Beckley, P.O.BOX 350
BEAVER, WV 25813

BEC-1330.13d
February 20, 2004

Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI BECKLEY, WEST VIRGINIA

Section 1 - To be completed by the Unit Counselor at the time inmate request Administrative Remedy.

Inmate Name: OWENS, Carol Register Number: 22215-058

Assigned Unit: Pine BL Unit Counselor: J. Grimes

Date of Request: 05-01-2012 Date of Incident: On Going

Specific Complaint: **Inmate complains that "I am being denied accommodation to my legitimate religious needs. On 3-7-2012 I submitted to Chaplain Largent a (BP-5822.053) "New or Unfamiliar Religious Components Questionnaire" form showcasing the introduction of New Age Druidry in accord with my religious Faith base practice. On 3-21-2012 I asked Chaplain Largent the status of BP-5822.053 to which he responds that he has not gone over it yet. On 3-26-2012 I talked to Asst. Warden Mosley, she informs me that Largent has given her the (BP-5822.053) but that he would not be back until 1st week of April. On 4-19-2012 I talked to Asst. Warden Mosley about (BP-5822.053) she said they haven't gone over it yet, but to give her until 4-25-2012. Today is 4-30-2012 and the (BP-5822.053) has yet to be processed which significantly increases the 120 day process time, so that I may practice my religious Faith base practice".**

Informal Resolution was / was not accomplished. If not accomplished, inmate issued Request for Administrative Remedy Form. Inmate was advised to review Program Statement 1330.13, Administrative Remedy Program, to ensure compliance with filing procedures.

Inmate Signature / Register Number ______ Date ______

Counselor Signature ______ Date ______

Section 2 - To be completed by the Counselor when inmate submits Request for Administrative Remedy Form.

Date Submitted: ______

Was issue discussed with the inmate: YES / NO. If no, reason: ______

Was staff or departments noted in Administrative Remedy contacted: YES / NO.

If no, reason. If yes, response : __( See attachment A) ______

Informal Resolution was / was not accomplished. If not accomplished, staff submitted Request for Administrative Remedy Form to Administrative Remedy Coordinator.

Inmate Signature / Register Number ______ Date ______

Counselor Signature ______ Date ______

Unit Manager Signature ______ Date ______

BEC-1330.13d
February 20, 2004
Attachment B



**From:**        Douglas Largent
**To:**          Grimes, John
**Date:**        5/3/2012 2:27 PM
**Subject:**     Re: 8 1/2

The request is being processed and will be completed before 120 days.


Douglas Largent
Supervisory Chaplain

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: OWENS, CARROL L. (LAST NAME, FIRST, MIDDLE INITIAL) 22215-058 (REG. NO.) Pine B L (UNIT) FCI-Beckley (INSTITUTION)

**Part A- INMATE REQUEST** "I am being denied accommodation to my religious needs". There is NO religious faith base practice compatible with my core belief structures and practices. The closest I've found is Wicca but this is inadequate to properly address my needs, because Wicca is based as a Lunar Sect and worship the great Feminine. I, however, must practice in a Solar Sect and worship the great Masculine. I believe that both the Lunar and Solar sects are dual aspects or attributes of the ONE but I believe that these aspects or attributes must be represented by the corresponding parties. I as a male practioner can NOT practice in a Lunar Sect (Wicca) which is reserved solely for female practioners in accordance with my belief structures as a Druid. In addition I have (16) High Holy Days whereas the Wiccans have only (8); I worship to set times every day, the Wiccans do not; I worship using the Sacred Pipe, the Wiccans do not; I worship using Sacred Nicotiana tobacum, the Wiccans do not. I submitted to Chaplain Largent on 3-7-2012 a (BP-S822.053)"New or Unfamiliar Religious Components Questionnaire" form showcasing the introduction of New Age Druidry in accordance with my belief structures. I filed infomal resolution on 5-1-2012 because the request had yet to be processed which significantly increases the 120day process time, Chaplain Largent responded that,"the request is being processed and will be completed before 120 days" (but does he mean 120 days from the date of my religious request or 120 days from the date of his response, a gap of about 60 days?)

REMEDY: Be allowed to start a new group "New Age Druidry" so that I (and others) may worship and give due reverence to the Gods and Goddesses according to belief stnucures of "New Age Druidry".

DATE 5-9-12 SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to: LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT:

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mrs. Seafus, Remedy Cordinator | DATE: 6-7-2012 |
|---|---|
| FROM: Carrol Owens | REGISTER NO.: 22215-058 |
| WORK ASSIGNMENT: Rec - PM | UNIT: Pine B Lower |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to request a receipt slip For (BP-9) submitted to your office dated 5-9-2012 as I currently have not received aforementioned receipt. The (BP-9) in question was that "I am being denied accomadation to my religious needs". Thank you For your assistance in this matter.

Thank You,
Carrol Owens

(Do not write below this line)

DISPOSITION:

Currently you have no receipts pending in the system.

| Signature Staff Member | Date 6/14/12 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Chaplain Largent | DATE: 6-17-2012 |
|---|---|
| FROM: CARROL OWENS | REGISTER NO.: 22215-058 |
| WORK ASSIGNMENT: Rec-PM | UNIT: Pine B Lower |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

In a conference call conversation with Mrs. Seafus (Remedy Coordinator), on 6-14-2012 I was told that My (BP-9) had been "Voided" and that the (BP-9) was not the correct Ave. to address "being denied accomodation to my legitimate religious needs" and that I needed to talk to Chaplain Largent to be provided the religious items specifically requested in my (BP-S822.53) "New or unfamiliar Religious components questionaire Form" showcasing introduction of "New Age Druidry". In addition I was told that same day of 6-14-2012 by Mr. Largent that my religious needs can be accomodated in the wiccan group, so in accordance with the aforementioned staff directives I now hereby request the Following items so as to be accomodated: * Sacred Pipe, *Nicotiana Tobacum (Tobacco), Herbs + Incense, Salt, Moon Stone, Feathers, Energy Bag, censer, Cauldron, 5 pt. Star laid over 6 pt. Star tile plaque, Tarot, Runes, Crystal "Serpent's Egg", Books of Instruction (Druidism), Rainbow wand, Chalice, Assorted color candles, God and Goddess Figurines, Thor's Hammer, 9 ft. cord, head band w/6th chakra Power Sign. Worship on Tuesdays outside circle, in addition to classroom study. (Do not write below this line) Br. Carrol Owens

CC: Inmate, Regional Chaplain, Central office (General counsel)

DISPOSITION:

I am in the process of reviewing this request.

| Signature Staff Member | Date |
|---|---|
| [signature] | 6/20/12 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP) This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Owens, Carrol, Reg. No. 22215-058 New Age Druidry

**REQUEST FOR RELIGIOUS ACCOMODATION**

Your Request for The New Age Druidry religion to be added to The Religious Services Department programs has been reviewed.

Based on the review of the New or Unfamiliar Religious Components you submitted concerning New Age Druidry, your request will be accommodated through participation with the Wiccan program or as an individual practitioner.

5-21-12
Date

for [signature]
Joel Ziegler, Warden

Rec'd From Chaplain Lorenz on 6-20-2012



BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Grimes, Unit Counselor | DATE: 6-27-2012 |
|---|---|
| FROM: CARROL OWENS | REGISTER NO.: 22215-058 |
| WORK ASSIGNMENT: Rec - PM | UNIT: Pine B Lower |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On 3-7-12 I submitted (BP-S822.53) showcasing introduction of New religion of "New Age Druidry" to Chaplain Largent for processing. On 5-21-12 I received official response from the Warden's office signed by B. Mosley in which it specifically states, "Your request will be accommodated through participation with the Wiccan program or as an individual practioner." In accordance with the directives issued by the Wardens office I submitted request to Largent requesting the items contained in the (BP-S822.53) so as to be accommodated through the Wiccan Group or as individual practioner. Largent Responds to request on 6-20-12 that he is in the process of reviewing said request. I talked to him on 6-25-12 he said he would have to have approval from Region but I pointed out that my request was already appoved from the Warden's office to be accommodated through the Wiccan Program and that he did not need Regions Approval since it's already

(~~Do not write below this line~~)

~~DISPOSITION:~~ approved. Therefore, I continue to be denied accommodation of my legitimate Religious needs. Request all items contained in my (BP-S822.53) and "Inmate Request to Staff" dated 6-17-2012.

* I turned in this (BP-8) on Wed. 6/27/2012 to Mr. Grimes to prepare and receive response.
* 2 other inmates also turned in (BP-8's) on same issue on same day 6-27-2012.
* Today is 7-5-2012 No responses have been forthcoming (unusual) possibly indicating that Mr. Grimes has not prepare and Filed (BP-8's) for a response to even be generated.
* Talked to Grimes on 7-5-2012 at 12:20 PM, he said that he held on to the grievances for a couple of days trying to set up a meeting with Largent, but could not so he just filed the (BP-8's) on 6-4-201[illegible] and now await a response from Largent.
# Received Response from Chaplain Largent on 7-9-2012, stating that my request had been denied.

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



**From:** Douglas Largent
**To:** Grimes, John
**Date:** 7/8/2012 11:25 AM

His request for a new religion was denied.   If he desires to add a new component to the Wiccan program he must submit a new religious component for the Wiccan program.



⇔22215-058⇔
Carrol Owens
350 P.O.Box.
Federal Correction Inst.
Beaver, WV 25813
United States
7012 0470 0001 4543 0440
PURPLE HEART
FOREVER USA
U.S. MARSHALS SERVICE
BY:
JUL 18 2012
"Special" Mail
⇔22215-058⇔
Joseph R Goodwin
Chief Judge
PO BOX 2546
US District Court WV
Charleston, WV 25329
United States

7012 0470 0001 4543 0440
FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
P.O. BOX 1280
BEAVER, WV 25813
DATE 7/17/12
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.