IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

CARROL OWENS,

        Plaintiff,

v.                        CIVIL ACTION NO. 5:12-cv-03620

FCI BECKLEY, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's Complaint, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

        ENTER:      August 27, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA